No. 704. CITY OF PHILADELPHIA *v.* ATLANTIC REFIN-ING CO. ET AL. C. A. 3d Cir. Certiorari denied. *John M. McNally, Jr.,* and *Levy Anderson* for petitioner. *James E. Beasley* for respondents Hennigan et al.

No. 1110. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO, ET AL. *v.* KROGER CO. ET AL.;

No. 1123. KROGER CO. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 1130. NATIONAL LABOR RELATIONS BOARD *v.* KROGER CO. ET AL. C. A. 6th Cir. Certiorari denied. *Lester Asher* and *Bernard Dunau* for Amalgamated Meat Cutters & Butcher Workmen of North America, AFL–CIO, and *S. G. Lippman* and *Donald Grody* for Retail Clerks International Assn., AFL–CIO, petitioners in No. 1110 and intervenors below in No. 1123. *Nicholas Unkovic, J. Mack Swigert,* and *Norman Diamond* for petitioner in No. 1123, and for respondent Kroger Co. in Nos. 1110 and 1130; *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Peter Ames Eveleth* for petitioner in No. 1130; and *Messrs. Griswold* and *Ordman* for respondent in No. 1123. Reported below: 401 F. 2d 682.

No. 1114. GENERAL ELECTRIC CO. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO; and

No. 1208. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO *v.* GENERAL ELECTRIC CO. C. A. 2d Cir. Certiorari denied. *David L. Benetar* for petitioner in No. 1114 and for respondent in No. 1208. *Ruth Weyand* for petitioner in No. 1208 and for respondent in No. 1114. Reported below: 407 F. 2d 253.